CERTIFICATE OF SERVICE BY MAIL

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff, | ) | Civil No. 01-869 ADM/AJB |
| TAMARA PIERSON,<br><br>Defendant. | ) | |

I hereby certify that on 11/02/04, I served, or caused to be served, the following documents:

**Application for Debtor's Examination, Attachment A and OBD 500 Financial Questionnaire**

I certify, further, that I electronically filed the above-listed documents with the Clerk of the Court by using ECF.

I certify, further, that I served, or caused to be served, the above-listed documents to non-ECF participants by placing a copy in a postpaid envelope addressed to the person(s) hereinafter named, at the place(s) and address(es) stated below, which is/are the last known address(es), and by depositing said envelope and contents in the United States Mail at Minneapolis, Minnesota.

Addressee:

Tamara Pierson
XXXXX XXXXXXXX XXXXX
XXXXXXXXX XXX
Eden Prairie, MN 55344-6754

I further certify that I served, or caused to be served, the following document:

**Order for Judgment Debtor Exam signed by the Court**

to non-ECF participants by placing a copy in a postpaid envelope addressed to the person(s) hereinafter named, at the place(s) and address(es) stated below, which is/are the last known address(es), and by depositing said envelope and contents in the United States Mail at Minneapolis, Minnesota.

Addressee(s):

Tamara Pierson
XXXXX XXXXXXXX XXXXX
XXXXXXXXX XXX
Eden Prairie, MN 55344-6754

s/ Nancy Lair